JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. YOUNG, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>  Defendant. | CASE NO. SACV08-541 AG (MLGx)<br><br>**FINAL JUDGMENT OF THE COURT** |

The Court, having heard and considered the parties' arguments at the trial of this matter held on May 26, 2009, and having considered the parties' briefs and the administrative record, applied a *de novo* standard of review to Defendant The Prudential Insurance Company of America's ("Defendant's") decision to deny Plaintiff Scott A. Young's ("Plaintiff's") claim for disability benefits under the Disney Worldwide Services, Inc. Employee Welfare Benefits Plan, and hereby

1  enters judgment in favor of Defendant.  Plaintiff shall take nothing from Defendant
2  on its claim for damages, attorney fees or costs.
3
4  IT IS SO ORDERED:
5
6  DATE:  September 30, 2009
7  _____
   JUDGE OF THE UNITED STATES
   DISTRICT COURT
8  ANDREW J. GUILFORD
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-                    SACV08-541 AG (MLGx)
[PROPOSED] FINAL JUDGMENT OF THE COURT